UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| GREGORY B. CRAMPTON, Chapter 7 Trustee for John William Persinger, | )<br>)<br>) |
| Plaintiff-Appellee, | )<br>) |
| v. | ) **JUDGMENT**<br>)<br>) No. 5:16-CV-118-FL |
| GERALDINE R. IMMEDIATO, | )<br>) |
| Defendant- Appellant. | )<br>) |
| IN RE:<br>JOHN WILLIAM PERSINGER, | )<br>)<br>) |
| Debtor. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina, which granted plaintiff's motion for summary judgment made pursuant to 11 U.S.C. § 548(a)(1)(B).

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 3, 2016, and for the reasons set forth more specifically therein, that the court REVERSES the judgment of the bankruptcy court and REMANDS this case to that court with instructions to enter judgment in defendant's favor.

**This Judgment Filed and Entered on August 3, 2016, and Copies To:**

John G. Rhyne (via CM/ECF Notice of Electronic Filing)
Steven Craig Newton, II (via CM/ECF Notice of Electronic Filing)

August 3, 2016                JULIE RICHARDS JOHNSTON, CLERK
                               /s/ Christa N. Baker
                              (By) Christa N. Baker, Deputy Clerk